# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 730
                                                  :
APPOINTMENT TO THE DOMESTIC     : CIVIL PROCEDURAL RULES DOCKET
RELATIONS PROCEDURAL RULES         :
COMMITTEE                                    :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 25th day of February, 2022, Kenneth J. Horoho, Jr., Esquire, Allegheny County, is hereby appointed as a member of the Domestic Relations Procedural Rules Committee for a term of three years, commencing April 1, 2022.